MICHELE BECKWITH
Acting United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

**FILED**

Feb 10, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* RELATOR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT IRA POSNER. THOMAS C. LYNCH AND NEW DAY FINANCIAL, LLC, AND DOES 1–10,<br><br>Defendants. | CASE NO. 2:23-CV-01466 DAD SCR<br><br>**UNITED STATES' NOTICE OF DECLINATION AND MOTION TO UNSEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its election to decline to intervene in this action. Where, as here, the government decides not to intervene,[1] the person who initiated the action has the right to conduct the action. 31 U.S.C. § 3730(c)(3). Accordingly, the United States requests that the Court enter the proposed order permitting this matter to proceed in a manner consistent with the False Claims Act.

First, under 31 U.S.C. § 3730(c)(3), the United States must "be served with copies of all pleadings filed in the action and shall be supplied with copies of all deposition transcripts[,]" if it "so requests." 31 U.S.C. § 3730(c)(3). Because the United States makes this request, the Court should

---

[1] The United States reserves its right to intervene in this action for good cause at a later date and to seek the dismissal of the relator's action or claim.

NOTICE OF DECLINATION AND MOTION TO UNSEAL

1

order that all filings and notices of appeal be served on the government and grant the government the opportunity to purchase any deposition transcripts.

Second, 31 U.S.C. § 3730(b)(1) allows the relator to maintain the action in the name of the United States; providing, however, that this "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Third, when the United States declines to intervene, "the complaint is unsealed and served upon the defendant." 31 U.S.C. § 3730(b)(3). The complaint, this notice, and the attached proposed order should be unsealed. The remaining fillings should remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided under the False Claims Act to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. Moreover, the False Claims Act "provides for the unsealing of the complaint and no other section of the False Claims Act references the unsealing of any other documents filed with the court." *See United States ex rel. Coughlin v. Int'l Bus. Machines Corp.*, 992 F. Supp. 137, 140 (N.D.N.Y. 1998). Therefore, the Court should order only that the relator's complaint, this notice, and the attached proposed order should be unsealed.

A proposed order accompanies this notice.

Dated: February 10, 2025

MICHELE BECKWITH
Acting United States Attorney

By: */s/ Steven Tennyson*
STEVEN S. TENNYSON
Assistant United States Attorney

NOTICE OF DECLINATION AND MOTION TO UNSEAL
2