MICHELE BECKWITH
Acting United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *EX REL.* RELATOR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT IRA POSNER. THOMAS C. LYNCH AND NEW DAY FINANCIAL, LLC, AND DOES 1–10,<br><br>Defendants. | CASE NO. 2:23-CV-01466 DAD SCR<br><br>**[PROPOSED] ORDER RE UNITED STATES' NOTICE OF DECLINATION AND MOTION TO UNSEAL** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court hereby orders as follows:

(1) The complaint be unsealed and served upon the defendant by the relator;

(2) All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

(3) The seal be lifted as to all other matters occurring in this action after the date of this Order;

(4) The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

(5) The parties shall serve all notices of appeal upon the United States;

(6) All orders of the Court shall be sent to the United States; and that

(7) Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

**SO ORDERED.**

DATED: _____          _____

HONORABLE DALE A. DROZD
United States District Judge