1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA *ex rel.*            No.  2:23-cv-01466-DAD-SCR
      RELATOR LLC, et al.,
12
                     Plaintiffs,
13
                                                    ORDER REGARDING THE UNITED
          v.                                        STATES' NOTICE OF ELECTION TO
14                                                  DECLINE INTERVENTION
      ROBERT IRA POSNER, et al.,
15                                                  (Doc. No. 11)
                     Defendants.
16

17

18          Before the court is the United States' notice of election to decline intervention.  (Doc. No.

19    11.)  The United States has declined to intervene in this action.  (*Id.*)  Pursuant to the notice filed

20    by the United States (*id.*), the court orders as follows:

21          1.      The Clerk of the Court shall unseal the relator's complaint (Doc. No. 1) and the

22                  notice of partial intervention, partial declination, and partial consent to voluntary

23                  dismissal filed by the United States (Doc. No. 11);

24          2.      This order shall not be sealed;

25          3.      All other paper or orders on file in this matter shall remain under seal;

26          4.      The seal shall be lifted on all matters occurring in this action after the date of this

27                  order; and

28    /////

                                                    1

—

1    5.    The court also confirms that, as plaintiffs-intervenor, the United States and the

2    State of California[1] shall be served with all filings in this action.

3    IT IS SO ORDERED.

4    Dated:    **February 14, 2025**                        _Dale A. Drozd_

5                                                           DALE A. DROZD
                                                            UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
_____

28    [1]  The court notes that the State of California has not appeared in this case and thus has not filed a
      notice of election to decline intervention.